**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: D.Y.S. & E.M.S. | : No. 924 MAL 2015 |
| | : |
| | : |
| PETITION OF: T.J.H., NATURAL | : Petition for Allowance of Appeal from |
| MOTHER | : the Order of the Superior Court |

## ORDER

**PER CURIAM**

 **AND NOW**, this 19th day of January, 2016, the Petition for Allowance of Appeal is **DENIED**.

 Mr. Justice Eakin did not participate in the consideration or decision of this matter.

 Mr. Justice Wecht did not participate in the consideration or decision of this matter.